```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.12-21289-CIV-MORENO
                              MAGISTRATE JUDGE P.A. WHITE
```

AMOS WALKER,                    :

    Plaintiff,              :

v.                              :
                                                     SUPPLEMENTAL REPORT OF
OFFICER POE, et al.,            :       MAGISTRATE JUDGE

    Defendants.             :
_____

   The plaintiff, Amos Walker filed a <u>pro se</u> civil rights complaint on April 4, 2012, pursuant to 42 U.S.C. §1983, while confined in the Dade Correctional Institution. (DE# 1). The plaintiff has been granted leave to proceed <u>in forma pauperis</u>.

   A Report was entered recommending that the claim proceed against Dade Correctional Officer Poe for use of excessive force. Claims of excessive force by guards are cognizable under 42 U.S.C. §1983, as a violation of the Eighth Amendment. <u>Booth v Chumer, et al</u>, 206 F.3d 289 (3rd Cir. 2000), <u>Perry v thompson</u>, 786 F.2d 1093 (11 Cir. 1986). The Report was adopted by Chief United States District Judge Federico Moreno.

   The summons for Defendant Poe was returned un-executed. The Marshal noted there was no record of a Poe in the Florida Department of Corrections Data Base, or at any of the institutions contacted by the Marshal. The plaintiff was given several extensions of time to supply a current address for this defendant or risk dismissal. The last extension was on or before October 22, 2012, and the plaintiff was cautioned if he failed to timely comply

with the Court's Order the case would be dismissed, as Poe was the sole named defendant.

The plaintiff has failed to provide any address for this defendant, and it is therefore recommended this case be dismissed without prejudice.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the Report.

Dated at Miami, Florida, this 9th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Amos Walker, Pro Se
      #M53969
       Santa Rosa Correctional Institution
      Address of record