UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-21289-CIV-MORENO

AMOS WALKER,

    Plaintiff,

vs.

OFFICER POE, *et al.*,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **April 3, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 35)** on **November 9, 2012**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues the Magistrate Judge's Report and Recommendation present, and notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 35)** on **November 9, 2012** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the case is DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2012.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White
Counsel of Record